IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18CV511-GCM

| | |
|---|---|
| DARCEL D. DIXON,<br>  Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Commissioner<br>of Social Security,<br>  Defendant. | ORDER |

    This matter is before the Court upon both the Plaintiff and Defendant's Motions for Summary Judgment. The Court held a hearing in this matter on May 20, 2019. For the reasons stated in the hearing,

    IT IS THEREFORE ORDERED THAT the Plaintiff's Motion for Summary Judgment is hereby GRANTED and the Commissioner's Motion for Summary Judgment is hereby DENIED. This case is therefore remanded for further proceedings.

Signed: May 20, 2019

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge